# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| EDDIE MATTHEW MOSLEY, | Case No. 18-CV-3109 (SRN/SER) |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF MINNESOTA, | |
| Respondent. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period.

Accordingly, IT IS HEREBY ORDERED that:

1. The petition for a writ of habeas corpus of petitioner Eddie Matthew Mosley [Doc. No. 1] is DENIED AS UNTIMELY.

2. This case is DISMISSED.

3. No certificate of appealability will be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 28, 2018  
s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
United States. District Judge